FILED
Feb 14 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ A Cortez    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2024 Grand Jury

| UNITED STATES OF AMERICA,  Plaintiff,  v.  BAILEY A. SZRAMOWSKI (1), JOHNNESE H. POOMAIHEALANI (2),  Defendants. | Case No. '25 CR0441 RBM  I N D I C T M E N T  Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(C) – Distribution of Fentanyl Resulting in Death; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
|---|---|

The grand jury charges:

Count 1

Beginning on a date unknown, and continuing up to and including February 2023, within the Southern District of California, and elsewhere, defendants BAILEY A. SZRAMOWSKI and JOHNNESE H. POOMAIHEALANI, and others known and unknown to the grand jury, knowingly and intentionally conspired and agreed with each other to distribute: (1) a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, and (2) a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

KDE:nlv:San Diego:2/13/25

Count 2

On or about December 30, 2022, within the Southern District of California, defendant BAILEY A. SZRAMOWSKI did knowingly and intentionally distribute a mixture and substance containing a detectable amount of amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, and the death of A.N. resulted from the use of such substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

FORFEITURE ALLEGATIONS

The allegations set forth in Counts 1 and 2 above are incorporated herein for purposes of seeking forfeiture to the United States pursuant to Title 21, United States Code, Section 853.

Upon conviction of one and more of the felony offenses alleged in Counts 1 and 2 of this Indictment, said offenses being subject to imprisonment for greater than one year, defendants BAILEY A. SZRAMOWSKI and JOHNNESE H. POOMAIHEALANI shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) all property constituting or derived from any proceeds obtained directly and indirectly as the result of the violations, and all property used and intended to be used in any manner and part, to commit and to facilitate the commission of the violations.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

//

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

  DATED: February 14, 2025.

A TRUE BILL:

ANDREW R. HADEN
Acting United States Attorney

By: _____
KEITH D. ELLISON
SYEDA SARAH AKHTAR
Assistant U.S. Attorneys