**JESSICA J. OLIVA**
California State Bar No. 312435
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Ste. 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Jessica_Oliva@fd.org

Attorneys for Mr. Szramowski

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE RUTH B. MONTENEGRO)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BAILEY A. SZRAMOSWKI (1), and JOHNNESE H. POOMAIHEALANI (2), <br><br> Defendants. | CASE NO. 25CR0441-RBM <br><br> **JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jessica J. Oliva, and Federal Defenders of San Diego, Inc., counsel for Mr. Bailey Szramoswki, Charles N. Guthrie, counsel for Ms. Johnnese H. Poomaihealani, along with Assistant United States Keith Ellison, that the motion hearing/trial setting scheduled for November 14, 2025, be continued to Friday, January 16, 2025, at 9 a.m.

A continuance is necessary to allow additional time for the parties to work through outstanding discovery, including cell phone downloads, and the defense to prepare pretrial motions. Accordingly, the parties agree that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

|    |        |                    |                                                                                                                      |
|----|--------|--------------------|----------------------------------------------------------------------------------------------------------------------|
| 1  |        |                    |                                                                                                                      |
| 2  |        |                    | Respectfully submitted,                                                                                              |
| 3  | Dated: | November 12, 2025  | *s/ Jessica Oliva*                                                                                                   |
| 4  |        |                    | **JESSICA J. OLIVA**                                                                                                 |
|    |        |                    | Federal Defenders of San Diego, Inc.                                                                                 |
| 5  |        |                    | Attorneys for Mr. Szramowski                                                                                         |
| 6  | Dated: | November 12, 2025  | *s/ Charles N. Guthrie*                                                                                              |
| 7  |        |                    | **CHARLES N. GUTHRIE**                                                                                               |
|    |        |                    | Attorney for Ms. Poomaihealani                                                                                       |
| 8  |        |                    |                                                                                                                      |
| 9  | Dated: | November 12, 2025  | *s/ Keith Ellison*                                                                                                   |
| 10 |        |                    | **KEITH ELLISON**                                                                                                    |
| 11 |        |                    | Assistant United States Attorney                                                                                     |

1
2

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

3
4
5
6
7
8
9

    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to co-counsel and counsel for the Plaintiff and that I have obtained authorization from Keith Ellison, AUSA, and Charles Guthrie, counsel for Ms. Poomaihealani, to affix their electronic signature to this document.

10

11
12
13

Dated:        November 12, 2025            _s/ Jessica Oliva_
                                               **JESSICA J. OLIVA**
                                               Federal Defenders of San Diego, Inc.
                                               Attorneys for Mr. Szramoswki

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28